UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 3:17-CR-00012-RLY-MPB |
| JEREMIAH HELLER (01), | ) ) ) | |
| Defendant. | ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Matthew P. Brookman's Report and Recommendation that Jeremiah Heller's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of

**IT IS SO ORDERED**.

Date: 2/23/2022

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana